[Crim. No. 2543.   In Bank.—January 25, 1923.]

## In re Application of ERNEST B. D. SPAGNOLI for a Writ of Habeas Corpus for HELEN VON.

[1] CRIMINAL LAW—COMMITMENT TO INDUSTRIAL FARM FOR WOMEN—RECORDS OF POLICE COURT — SILENCE AS TO AGE — EFFECT OF.—A woman committed by a police court to the Industrial Farm for Women is not entitled to release on *habeas corpus* upon the ground that it nowhere appears upon the court records that she was over the age of eighteen years, since jurisdiction of an inferior court may be shown by evidence *dehors* the record.

APPLICATION for a Writ of Habeas Corpus to obtain release from Industrial Farm for Women.   Denied.

The facts are stated in the opinion of the court.

E. B. D. Spagnoli, *in pro. per.,* for Petitioner.

THE COURT.—Petitioner applies for a writ of *habeas corpus* on behalf of Helen Von.   The police court of San Francisco committed Helen Von to the California Industrial Farm for Women in Sonoma County.   Petitioner claims that it nowhere appears upon the records of the police court that Helen Von was over the age of eighteen years and claims that in the absence of such affirmative showing she must be released notwithstanding the fact that she may be over eighteen years of age.   [1]   The point is not well taken. In this state jurisdiction of an inferior court may be shown by evidence . *dehors* the record.   (*Jolley* v. *Foltz,* 34 Cal. 321; *Kane* v. *Desmond,* 63 Cal. 464, 466; *Ferguson* v. *Basin Consolidated Mines,* 152 Cal. 712, 715 [93 Pac. 867] ; *Gardella* v. *County of Amador,* 164 Cal. 555, 561 [129 Pac. 993].)

Petition denied.

Wilbur, C. J., Lawlor, J., Lennon, J., Waste, J., Seawell, J., Kerrigan, J., and Myers, J., concurred.